**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| JAMES A. THOMPKINS, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:19-CV-00629-RWS-CAN |
| v. | § § | |
| VERICORE, LLL | § § | |
| Defendant. | § § § | |

**ORDER**

The Court **ORDERS** Plaintiff to file a notice that the case is ready for a scheduling conference when all Defendants have either answered or filed a motion to transfer or dismiss. The notice must be filed within five days of the last remaining Defendant's answer or motion. The notice must include a list of any pending motions to dismiss or transfer and a list of any related cases previously filed in the Eastern District of Texas.

**IT IS SO ORDERED**.

**SIGNED this 5th day of September, 2019.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE