# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES A. THOMPKINS, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.  4:19-cv-629-RWS-CAN |
| | § | |
| v. | § | |
| | § | |
| VERICORE, LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order dismissing this matter, the Court hereby enters Final Judgment.  Accordingly, it is

**ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**.  All motions by either party not previously ruled on are hereby **DENIED-AS-MOOT**.  All costs are to be borne by the party that incurred them.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED this 3rd day of December, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE